AO 91 (Rev. 11/11) Criminal Complaint                                                                                                                                  AUSA Prichard

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUSTIN MESAEL NOVOA<br>aka Lord of Frenzied Flame<br>aka @Father2High | ) ) ) ) ) | Case No. 2:26-mj-29 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 9, 2025** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats to Assault or Murder a Federal Law Enforcement Officer |
| 18 U.S.C. § 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
   Via FaceTime

Date: January 21, 2026

City and state: Newark, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge